# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

CHARLES TALBERT,

    Petitioner

    v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS; CENTURION; GINA
HARRISON, CRNP; WELLPATH MEDICAL;
SCOTT PRINCE; DEVON WOLFOLK;
LORETTA DEBOER,

    Respondents

: No. 237 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 1st day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.